IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA K. BUNNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1820 |
| | § | |
| DEARBORN NATIONAL LIFE | § | |
| INSURANCE COMPANY, et. al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 44) dated January 31, 2019, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The court has also reviewed Plaintiff's Motion to Remand (Docket Entry No. 47). As the motion is unopposed it is **GRANTED**.

It is, therefore, **ORDERED** that this case is stayed pending Plaintiff's supplementation of the administrative record and Defendants' consideration of the supplemented evidence. Defendants have 45 days from the date Plaintiff supplements the record to make a determination on coverage.

**SIGNED** at Houston, Texas, this **4th** day of March, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE