IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA K. BUNNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1820 |
| | § | |
| DEARBORN NATIONAL LIFE | § | |
| INSURANCE COMPANY, SITUS | § | |
| GROUP, LLC, and EMPLOYEE | § | |
| WELFARE PLAN, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order denying Plaintiff's Motion for Judgment, this action is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 25th day of May, 2021.

```
                    _____
                         SIM LAKE
                SENIOR UNITED STATES DISTRICT JUDGE
```